

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00786-CV

Anthony **MOORE** and Jo Moore,
Appellants

v.

David **SUBIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

In this appeal from a forcible entry and detainer action, Appellants Anthony Moore and Jo Moore have filed an Emergency Motion and Plea for Temporary Relief and Review of Excessive Supersedeas Bond, requesting that we review the trial court's setting of supersedeas bond in the amount of $15,000. We GRANT appellants' motion to the extent that we order the judgment of the trial court STAYED pending appeal of the amount of the supersedeas bond. *See* TEX. PROP. CODE ANN. § 24.007 (West 2014); TEX. R. APP. P. 24.4. We ORDER the trial court clerk to file, within ten days from the date of this order, any documents related to the setting of the supersedeas bond. We further ORDER the court reporter to file, within ten days from the date of this order, the reporter's record of the hearing held on December 1, 2016, including any related exhibits.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court